IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| The William Powell Company, | : | |
| | : | Case No. 1:14-cv-807 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order of Dismissal with Prejudice |
| National Indemnity Company, *et al.*, | : | |
| | : | |
| Defendants. | : | |

In late 2019, this Court denied Defendant OneBeacon Insurance Company's motion to dismiss this case on the basis of claim preclusion, but granted an interlocutory appeal on the matter. (Docs. 183, 187.) On November 18, 2021, the Sixth Circuit Court of Appeals issued an opinion reversing this Court and holding that the claims in this case are barred by claim preclusion. (Doc. 197.) The Sixth Circuit then issued its Mandate on December 10, 2021. (Doc. 198.) Pursuant to the decision of the Sixth Circuit, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

BY THE COURT:

Susan J. Dlott
United States District Judge

1